MANDATE

BIA
Wright, IJ
A205 895 091

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of January, two thousand nineteen.

Present:
Robert A. Katzmann,
*Chief Judge*,
Richard C. Wesley,
Raymond J. Lohier, Jr.,
*Circuit Judges*.

Yuxin Liu,
*Petitioner*,

v. 17-2781
NAC

Matthew G. Whitaker, Acting United States Attorney General,

*Respondent*.

Petitioner seeks review of a decision of the Board of Immigration Appeals affirming an immigration judge's denial of asylum, withholding of removal, and relief under the Convention Against Torture on credibility grounds. Respondent moves to dismiss the petition for lack of jurisdiction or, in the alternative, for summary denial of the petition. Upon due consideration, it is hereby ORDERED that Respondent's motion for summary denial is GRANTED, and the petition for review is DENIED because it lacks an arguable basis in law or fact. *Pillay v. INS*, 45 F.3d 14, 17 (2d Cir. 1995).

The only issue properly before us is the Agency's determination that Petitioner was not credible as to her claim of a well-founded fear of future persecution in China based on her continued religious practice in the United States. The Agency's determination that Petitioner was not credible as to her church attendance in the United States is supported by substantial evidence. The Petitioner and her witness's testimony were inconsistent as to when they met at church; her witness's testimony was internally inconsistent on that point; her witness admitted to fabricating the date they met; and the witness knew little about Petitioner. *See* 8 U.S.C. § 1158(b)(1)(B)(iii); *see also*

MANDATE ISSUED ON 03/11/2019

*Xiu Xia Lin v. Mukasey*, 534 F.3d 162, 166–67 (2d Cir. 2008). Contrary to Petitioner's argument, the BIA properly reviewed the IJ's factual findings for clear error. *See* 8 C.F.R. § 1003.1(d)(3)(i).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit